UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

                  Plaintiff,

-against-

CORRECTIONAL OFFICER ELLIS, et al.,

                  Defendants.

23-CV-9832 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    On May 15, 2024, Defendant City of New York filed a motion to dismiss and a certificate of service indicating that Defendant served the motion to dismiss and supporting documents on Plaintiff at the following address: Ramziddin S. Trowell, NYSID: 07570920Q, B&C:2412000515 /#23B4782, Sing Sing, 354 Hunter Street, Ossining, NY 10562. *See* ECF No. 17. On July 3, 2024, the Court issued an Order noting that the New York State Department of Correction's online Incarcerated Lookup indicated that Plaintiff was currently incarcerated at the Elmira Correctional Facility, and not the Sing Sing Correctional Facility. The Court ordered Defendant to re-serve each of the documents discussed in ECF No. 17 on Plaintiff at the Elmira Correctional Facility, to which Defendant complied. *See* ECF No. 18

    The Court has once again reviewed the New York State Department of Correction's online Incarcerated Lookup, which indicates that Plaintiff was currently incarcerated at the Auburn Facility in the Bronx, New York. Accordingly, Defendant is ORDERED to re-serve each of the documents discussed in ECF No. 17, as well as this Order, on Plaintiff at the Auburn Facility by no later than October 11, 2024 and file proof of such service by October 14, 2024.

Additionally, Plaintiff is ordered to update his address on the docket by no later than **November 11, 2024**. Plaintiff's opposition to Defendant's motion to dismiss is due by **December 6, 2024**.

Dated: October 9, 2024
      New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge