UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAMZIDDIN S. TROWELL,

                  Plaintiff,

-against-

CORRECTIONAL OFFICER ELLIS, et al.,

                  Defendants.

23-CV-9832 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 25, 2024, Plaintiff Ramziddin Trowell filed a letter opposing Defendants' motion to dismiss at ECF No. 14. *See* ECF No. 21. Although the deadline for responding to the motion to dismiss has passed, the Court recognizes that Plaintiff is proceeding *pro se* and is currently incarcerated. Plaintiff shall have until **January 15, 2025**, to file a memorandum of law opposing the motion to dismiss. Plaintiff's memorandum is not to exceed 25 pages, excluding attachments and exhibits.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff at the updated address provided in Plaintiff's letter at ECF No. 21.

Dated: November 8, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge