UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RAMZIDDIN S. TROWELL,

                     Plaintiff,

    -against-                                            23 **CIVIL** 9832 (JGLC)

## JUDGMENT

CORRECTIONAL OFFICER ELLIS #16061,
CORRECTIONAL OFFICER CLARKE #18610, and
THE CITY OF NEW YORK,

                     Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 25, 2025, the motion to dismiss is GRANTED. The Complaint is dismissed without prejudice for failure to exhaust administrative remedies, meaning that Plaintiff may reinstitute this lawsuit once he has exhausted administrative remedies or if he finds administrative remedies to be "unavailable" as described in Section A; accordingly, the case is closed.

**Dated:**  New York, New York

       March 25, 2025

                                                       **TAMMI M HELLWIG**
                                                       _____
                                                          **Clerk of Court**

                             **BY:**            K. Mango

                                                          _____
                                                          **Deputy Clerk**